1  **THE LEE LAW FIRM**
   PA LAI (PATRICIA) LEE #200380
2  ATTORNEYS AT LAW
   2006 N. FINE AVENUE, SUITE 101
3  FRESNO, CA 93727
   TELEPHONE (559) 452 - 0422
4  FAX (559) 452 - 0922

5  ATTORNEYS FOR DEFENDANT
   HOA TRUNG VO
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11

12 | ANTONIA LUNA,                              | Case No.: 1:08-CV-01962-AWI-SMS |
13 |     Plaintiff,                             |                                  |
   |                                            | **STIPULATION EXTENDING TIME;** |
14 | v.                                         |                                  |
   |                                            | **ORDER**                        |
15 | HOA TRUNG VO dba SAVE MORE 98              |                                  |
   | DISCOUNT STORE; BLAITOUT LLC;              |                                  |
16 | AND DOES 1-10, INCLUSIVE,                  |                                  |
17 |     Defendant.                             |                                  |

18 The following parties stipulate that DEFENDANTS HOA TRUNG VO AND SAVE MORE 98
   DISCOUNT STORE shall have until <u>MARCH 10, 2009</u> to file and serve an answer in this matter.
19
   This extension of time will not jeopardize the trial date set in this matter.
20
   Dated: February 20, 2009
21
   For the plaintiff:    The Law Offices of Paul L. Rein
22

23

24 By:          /s/ Paul Rein
                Paul L. Rein #43053
25              200 Lakeside drive, Suite A
                Oakland, CA 94612
26              Telephone (510) 832 – 5001
                Fax (510) 832 – 4787
27              Attorneys for ANTONIA LUNA

28

_____     1
STIPULATION EXTENDING TIME
Court Case Number:  1:08-CV-01962-AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com

Dated: February 20, 2009

For the defendant:    The Lee Law Firm


By:            /s/ Pa Lai Lee
               Pa Lai (Patricia) Lee #200380
               2006 N. Fine Avenue, Suite 101
               Fresno, CA 93727
               Telephone (559) 452 – 0422
               Fax (559) 452 – 0922
               Attorneys for HOA TRUNG VO and SAVE MORE 98 DISCOUNT STORE


ORDER

The court has considered the attached stipulation, and

IT IS ORDERED that Defendants Hoa Trung Vo and Save More 98 Discount Store shall have until March 10, 2009 in order to file and serve an answer in this matter.

Dated:  2/25/2009


   /s/ Sandra M. Snyder
U.S. MAGISTRATE JUDGE

---

STIPULATION EXTENDING TIME
Court Case Number:   1:08-CV-01962-AWI-SMS

2