1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA MCGUINNESS, Esq. (SBN 159420)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, CA 94612
   Telephone: 510/832-5001
4  Facsimile: 510/832-4787

5  Attorneys for Plaintiff
   ANTONIA LUNA
6

7  Robert C. Lorbeer, Esq. (SBN 172072)
   372 Florin Road, #320
8  Sacramento, CA 95831
   Telephone: 916/971-9166
9  Facsimile: 916/283-4412

10 Attorneys for Defendant
   HOA TRUNG VO dba
11 SAVE MORE 98 DISCOUNT STORE

12 Joseph Cooper, Esq.
   COOPER & COOPER
13 1080 West Shaw Avenue, Suite 105
   Fresno, CA 93711-3701
14 Telephone: 559/442-1650
   Facsimile: 559/442-1659
15
   Attorneys for Defendant
16 BLIATOUT LLC

17

18              UNITED STATES DISTRICT COURT

19              EASTERN DISTRICT OF CALIFORNIA

20

21 ANTONIA LUNA,                    CASE NO. 1:08-cv-1962 AWI-SMS
                                    Civil Rights
22     Plaintiff,

23

24 v.

25 HOA TRUNG VO dba SAVE            CONSENT DECREE and ▮▮▮▮▮▮▮
   MORE 98 DISCOUNT STORE;          ORDER
26 BLIATOUT LLC; AND DOES 1-
   10, INCLUSIVE,
27
       Defendants.
28 _____/

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 1:08-CV-1962 AWI-SMS

E:\CONSENT DECREE draft 8-21-09.wpd

1    1.    Plaintiff ANTONIA LUNA filed a Complaint in this action on

2    August 27, 2008, to obtain recovery of damages for her discriminatory

3    experiences, denial of access, and denial of her civil rights, and to enforce

4    provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C.

5    §§ 12101 *et seq.*, and California civil rights laws against Defendants  HOA

6    TRUNG VO dba SAVE MORE 98 DISCOUNT STORE; BLIATOUT LLC,

7    relating to the condition of their public accommodations as of Plaintiff's visit on

8    or about October 3, 2008, and continuing.  Plaintiff has alleged that Defendants

9    violated Title III of the ADA and sections 51, 52, 54, 54.1, 54.3 and 55 of the

10   California Civil Code, and sections 19955 *et seq.* of the California Health &

11   Safety Code by failing to provide full and equal access to their facilities at the

12   SAVE MORE 98 DISCOUNT STORE in Fresno, California.

13   2.    Defendants HOA TRUNG VO dba SAVE MORE 98 DISCOUNT

14   STORE; BLIATOUT LLC deny the allegations in the Complaint and by entering

15   into this Consent Decree and Order do not admit liability to any of the allegations

16   in Plaintiff's Complaint filed in this action.  The parties hereby enter into this

17   Consent Decree and Order for the purpose of resolving this lawsuit without the

18   need for protracted litigation and without the admission of any liability.

19

20   **JURISDICTION:**

21   3.    The parties to this Consent Decree agree that the Court has

22   jurisdiction of this matter pursuant to 28 U.S.C. § 1331 for alleged violations of

23   the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 *et seq.* and

24   pursuant to supplemental jurisdiction for alleged violations of California Health

25   & Safety Code §§ 19955 *et seq.*; Title 24, California Code of Regulations; and

26   California Civil Code §§ 51, 52, 54, 54.1, 54.3, and 55.

27   4.    In order to avoid the costs, expense, and uncertainty of protracted

28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 1:08-CV-1962 AWI-SMS                     -1-                     E:\CONSENT DECREE draft 8-21-09.wpd

1  litigation, the parties to this Consent Decree agree to entry of this Order to resolve
2  all claims regarding injunctive relief raised in the Complaint filed with this Court.
3  Accordingly, they agree to the entry of this Order without trial or further
4  adjudication of any issues of fact or law concerning Plaintiff's claims for
5  injunctive relief.

6          WHEREFORE, the parties to this Consent Decree hereby agree and
7  stipulate to the Court's entry of this Consent Decree and Order, which provides as
8  follows:

9

10 **SETTLEMENT OF INJUNCTIVE RELIEF:**

11     5.     This Order shall be a full, complete, and final disposition and
12 settlement of Plaintiff's claims against Defendants for injunctive relief that have
13 arisen out of the subject Complaint. The parties agree that there has been no
14 admission or finding of liability or violation of the ADA and/or California civil
15 rights laws, and this Consent Decree and Order should not be construed as such.

16     6.     The parties agree and stipulate that the corrective work will be
17 performed in compliance with the standards and specifications for disabled access
18 as set forth in the California Code of Regulations, Title 24-2, and Americans with
19 Disabilities Act Accessibility Guidelines, unless other standards are specifically
20 agreed to in this Consent Decree and Order.

21          a)     **Remedial Measures:**

22                 (1)    Defendant HOA TRUNG VO dba SAVE MORE 98
23                        DISCOUNT STORE agrees to perform corrective work
24                        at Savemore Discount Store, 4911 E. Kings Canyon
25                        Road, Fresno, California. The corrective work agreed
26                        upon by the parties is attached here to as **Attachment A.**
27                        Defendant HOA TRUNG VO dba SAVE MORE 98
28                        DISCOUNT STORE  agrees to undertake all of the

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 1:08-CV-1962 AWI-SMS                    -2-                    E:\CONSENT DECREE draft 8-21-09.wpd

1      remedial work set forth therein.

2          (2)   Defendant HOA TRUNG VO dba SAVE MORE 98

3                DISCOUNT STORE agrees to establish and enforce a

4                written policy that disabled persons will be as welcome

5                in the Store as able-bodied persons, and that no disabled

6                person will be excluded from the store due to his or her

7                possession of a wheelchair, cane, and/or other assistive

8                device.

9          (3)   Defendant  BLIATOUT LLC agrees to perform

10               corrective work at the parking lot of  4901-4939 E.

11               Kings Canyon Road, Fresno, California.  The corrective

12               work agreed upon by the parties is attached here to as

13               **Attachment B.**  Defendant BLIATOUT LLC agrees to

14               undertake all of the remedial work set forth therein.

15     b)   **Timing of Injunctive Relief**:   For work requiring permits,

16   defendants will submit plans for all corrective work to the appropriate

17   governmental agencies within 30 days of the entry of this consent decree by the

18   Court. Defendants will commence work within 30 days of receiving approval

19   from the appropriate agencies. Defendants will complete the work within 30 days

20   of commencement. For work not requiring building permits, the work will be

21   completed within 60 days of entry of this Consent Decree and Order by the Court.

22   In the event that unforeseen difficulties prevent Defendants from completing any

23   of the agreed-upon injunctive relief, Defendants or their counsel will notify

24   Plaintiff's counsel in writing within 15 days of discovering the delay.  Defendants

25   or their counsel will notify Plaintiff's counsel when the corrective work is

26   completed, and in any case will provide a status report no later than 120 days

27   from the entry of this Consent Decree.

28

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 1:08-CV-1962 AWI-SMS          - 3 -                    E:\CONSENT DECREE draft 8-21-09.wpd

**DAMAGES, ATTORNEY FEES, LITIGATION EXPENSES AND COSTS:**

7. The parties have not reached an agreement regarding Plaintiff's claims for damages, attorney fees, litigation expenses and costs. These issues shall be the subject of further negotiation, litigation, and/or motions to the Court.

**ENTIRE CONSENT DECREE AND ORDER:**

8. This Consent Decree and Order and Attachments A and B to this Consent Decree, which is incorporated herein by reference as if fully set forth in this document, constitute the entire agreement between the signing parties on the matters of injunctive relief, and no other statement, promise or agreement, either written or oral, made by any of the parties or agents of any of the parties that is not contained in this written Consent Decree and Order shall be enforceable regarding the matters of injunctive relief described herein. This Consent Decree and Order applies to Plaintiff's claims for injunctive relief only and does not resolve Plaintiff's claims for damages, attorney fees, litigation expenses and costs, which shall be the subject of further negotiation and/or litigation.

**CONSENT ORDER BINDING ON PARTIES AND SUCCESSORS IN INTEREST:**

9. This Consent Decree and Order shall be binding on Plaintiff ANTONIA LUNA ; Defendants HOA TRUNG VO dba SAVE MORE 98 DISCOUNT STORE; BLIATOUT LLC; and any successors in interest. The parties have a duty to so notify all such successors in interest of the existence and terms of this Consent Decree and Order during the period of the Court's jurisdiction of this Consent Decree and Order.

**MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542 AS TO INJUNCTIVE RELIEF ONLY:**

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 1:08-CV-1962 AWI-SMS                    -4-                    E:\CONSENT DECREE draft 8-21-09.wpd

1          10.    Each of the parties to this Consent Decree understands and agrees

2  that there is a risk and possibility that, subsequent to the execution of this Consent

3  Decree, any or all of them will incur, suffer or experience some further loss or

4  damage with respect to the lawsuit which are unknown or unanticipated at the

5  time this Consent Decree is signed.  Except for all obligations required in this

6  Consent Decree, the parties intend that this Consent Decree apply to all such

7  further loss with respect to the lawsuit, except those caused by the parties

8  subsequent to the execution of this Consent Decree.  Therefore, except for all

9  obligations required in this Consent Decree, this Consent Decree shall apply to

10  and cover any and all claims, demands, actions and causes of action by the parties

11  to this Consent Decree with respect to the lawsuit, whether the same are known,

12  unknown or hereafter discovered or ascertained, and the provisions of Section

13  1542 of the California Civil Code are hereby expressly waived.  Section 1542

14  provides as follows:

15          **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT**

16          **TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM**

17          **OR HER  MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.**

18  This waiver applies to the injunctive relief aspects of this action only and does not

19  include resolution of Plaintiff's claims for damages, attorney fees, litigation

20  expenses and costs.

21          11.    Except for all obligations required in this Consent Decree, and

22  exclusive of the referenced continuing claims for damages, statutory attorney fees,

23  litigation expenses and costs, each of the parties to this Consent Decree, on behalf

24  of each, their respective agents, representatives, predecessors, successors, heirs,

25  partners and assigns, releases and forever discharges each other Party and all

26  officers, directors, shareholders, subsidiaries, joint venturers, stockholders,

27  partners, parent companies, employees, agents, attorneys, insurance carriers,

28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 1:08-CV-1962 AWI-SMS        -5-        E:\CONSENT DECREE draft 8-21-09.wpd

1  heirs, predecessors, and representatives of each other Party, from all claims,
2  demands, actions, and causes of action of whatever kind or nature, presently
3  known or unknown, arising out of or in any way connected with the lawsuit.
4
5  **TERM OF THE CONSENT DECREE AND ORDER:**

6      12.   This Consent Decree and Order shall be in full force and effect for a
7  period of twelve (12) months after the date of entry of this Consent Decree and
8  Order, or until the injunctive relief contemplated by this Order is completed,
9  whichever occurs later. The Court shall retain jurisdiction of this action to
10  enforce provisions of this Order for twelve (12) months after the date of this
11  Consent Decree, or until the injunctive relief contemplated by this Order is
12  completed, whichever occurs later.
13

14  **SEVERABILITY:**

15      13.   If any term of this Consent Decree and Order is determined by any
16  court to be unenforceable, the other terms of this Consent Decree and Order shall
17  nonetheless remain in full force and effect.
18

19  **SIGNATORIES BIND PARTIES:**

20      14.   Signatories on the behalf of the parties represent that they are
21  authorized to bind the parties to this Consent Decree and Order. This Consent
22  Decree and Order may be signed in counterparts and a facsimile signature shall
23  have the same force and effect as an original signature.
24

25  Dated: $\underline{8\backslash 21}$, 2009      PLAINTIFF ANTONIA LUNA
26
27                                                  ANTONIA LUNA
28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 1:08-CV-1962 AWI-SMS        -6-                    E:\CONSENT DECREE draft 8-21-09.wpd

1

2    Dated: **1-27**, 2009          DEFENDANT HOA TRUNG VO dba SAVE
                                     MORE 98 DISCOUNT STORE
3

4

5                                    By: _____
                                          HOA TRUNG VO
6

7

8    Dated: **8·27**, 2009          DEFENDANT  BLIATOUT LLC
9

10

11                                   By: _____
                                          For BLIATOUT LLC
12

13   APPROVED AS TO FORM:

14   Dated: **8/27**, 2009          PAUL L. REIN
                                     CELIA McGUINNESS
15                                   LAW OFFICES OF PAUL L. REIN

16                                   JULIE OSTIL
                                     LAW OFFICE OF JULIE OSTIL
17

18

19                                   By: _____
                                          Attorneys for Plaintiff
20                                        ANTONIA LUNA

21

22

23   Dated: **8/27**, 2009          ROBERT C. LORBEER, ESQ.

24

25

26                                   By ROBERT C. LORBEER
                                     Attorney for Defendant
27                                   HOA TRUNG VO dba SAVE MORE 98
                                     DISCOUNT STORE

28   Dated: **8/27**, 2009          COOPER & COOPER

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 1:08-CV-1962 AWI-SMS                – 7 –                E:\CONSENT DECREE draft 8-21-09.wpd

1

2

By JOSEPH COOPER
3    Attorneys for Defendant
     BLIATOUT LLC
4

5

6

7                                        **ORDER**

8            Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

9

10   Dated:  **8/27**, 2009

11                                        Honorable SANDRA M. SNYDER
                                          United States District Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. 1:08-CV-1962 AWI-SMS                    - 8 -                    E:\CONSENT DECREE draft 8-21-09.wpd

## **ATTACHMENT A**

I.  STORE:

  A.  Primary Entry Doors:

   1.  Add a 10" kick plate at the bottom of push side(s) of entry door that is a smooth uninterrupted surface extending a minimum of 10" above the finished surface;
   2.  Adjust or replace the entry door closers so push pressure is no more than 5 lbs.;
   3.  Maintain entry door push pressure at no more than 5 lbs.

  B.  Interior:

   1.  Register Counters: Reconfigure or replace the counters to provide a section that has a maximum height of 34" for a minimum run of 36"; or remove the merchandise and set the counter at a maximum height of 36."

   2.  Circulation:

     a.  Provide and maintain an accessible route that is a minimum of 36" wide along any perimeter wall that is used for the display or sale of merchandise;
     b.  Provide and maintain an accessible route that is a minimum of 36" wide between aisles;
     c.  Remove any object that protrudes into the circulation space more than 4" and is mounted between 27" and 80" from the finished floor.

## ATTACHMENT B

I.    ACCESSIBLE ROUTE:

    A.    Defendants will provide and maintain at least one accessible route between the public right-of-way and the subject property, including all elements of an accessible ramp at the ~~northeast~~ west corner of the parking lot;

              SMS 8/27/09

    B.    Defendants will provide ASA signage indicating the accessible path of travel.

II.   PARKING: There are seven designated disabled parking spaces. Defendants will make each of them compliant, including but not limited to:

    A.    Provide an accessible path of travel between each designated accessible parking space and all of the facilities on the site;

    B.    Install a fully complying curb ramp on the sidewalk where the path of travel crosses a curb line;

    C.    Reconfigure or re-grade the parking spaces so that the entire width and length of each parking spot and the loading zone serving it are level within 2% in every direction;

    D.    Re-stripe each parking space to provide compliant size and accessible aisles, including unloading zones;

    E.    Provide compliant signage;

    F.    Ramps: Where ramps serve parking spots, remove or reconfigure each ramp to be fully compliant, including handrails, edge treatment, level landing and tactile warning on the surface.