# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA LUNA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOA TRUNG VO dba SAVE MORE 98 DISCOUNT STORE; BLIATOUT LLC; and DOES 1-10 inclusive,<br><br>　　　　　Defendants. | CV F 08 - 1962 AWI SMS<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 15, 2010, AND TAKING MATTER UNDER SUBMISSION |

In this action for damages and injunctive relief, plaintiff Antonia Luna ("Plaintiff") has noticed a motion for summary judgment. The matter was scheduled for oral argument to be held November 15, 2010, at 1:30 p.m. The Court has reviewed Plaintiffs' Motion, Defendants' response, the accompanying documents, and the applicable law, and has determined that the Motion is suitable for decision without oral argument. Local Rule 230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 15, 2010, is VACATED, and no party shall appear at that time. As of November 15, 2010, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: 　November 12, 2010　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE