PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
ANTONIA LUNA

* List of Defendants and their respective counsel listed after the caption.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA LUNA, | CASE NO.  1:08-CV-01962 AWI-SMS |
| Plaintiff, | Civil Rights |
| v. | **STIPULATION** |
| HOA TRUNG VO dba SAVE MORE 98 DISCOUNT STORE; BLIATOUT LLC; AND DOES 1-10, INCLUSIVE, | **ORDER VACATING 12/10/2010 PRE-TRIAL CONFERENCE AND 02/08/2011 TRIAL** |
| Defendants. | |

JOSEPH COOPER, Esq.
COOPER & COOPER
1080 West Shaw Avenue, Suite 105
Fresno, CA 93711-3701
Telephone:  559/442-1650
Facsimile:   559/442-1659
joe@coopllp.com

Attorneys for Defendant
BLIATOUT, LLC

ROBERT C. LORBEER, Esq.
372 Florin Road, #320
Sacramento, CA 95831
Telephone:  916/971-9166
Facsimile:   916/283-4412 fax)

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
CONTINUING 12/10/2010 PRE-TRIAL CONFERENCE
CASE NO. 1:08-CV-01962-AWI-SMS

K:\AWI\To_Be_Signed\08cv1962.o.vacate dates - status.wpd

1  Lorbeer-R@Prodigy.net

2  Attorneys for Defendant
3  HOA TRUNG VO dba SAVE MORE 98 DISCOUNT STORE

4

5  **STIPULATION**

6  Plaintiff ANTONIA LUNA and Defendants BLIATOUT LLC and
7  HOA TRUNG VO dba SAVE MORE 98 DISCOUNT STORE hereby jointly
8  stipulate and request through their attorneys of record as follows:

9  On November 11, 2010, the Court issued its Order on Plaintiff's
10  Motion for Summary Judgment and Related Orders (the "Order" – Docket No.
11  46), in which the Court ordered: (1) the parties to meet and confer not later than
12  fourteen (14) days from the date of the Order to discuss the issues addressed in
13  the Order and any issues that may benefit resolution of the case; and (2) Plaintiff
14  to file and serve any proposed stipulated judgment or amended motion for
15  summary judgment or summary adjudication together with any stipulated
16  undisputed material facts not later than twenty-eight (28) days from the date of
17  the Order (by December 15, 2010).

18  On November 30, 2010 counsel for the parties met and conferred
19  telephonically to discuss Defendants stipulating to judgment in this case.
20  Defendants are presently contemplating their options and have agreed to confirm
21  with Plaintiff by the close of business on Monday, December 6, 2010 regarding
22  whether they will agree to a stipulated judgment.

23  Pursuant to the Court's Scheduling Conference Order (Docket No.
24  33), a Pre-Trial Conference is presently scheduled for December 10, 2010, at 8:30
25  a.m.

26  The parties hereby agree and stipulate that the Pre-Trial Conference
27  with the Court be rescheduled for January 2011 or later to allow the parties to
28  continue discussing options to resolve the issues in this case and for Plaintiff to

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
CONTINUING 12/10/2010 PRE-TRIAL CONFERENCE
CASE NO. 1:08-CV-01962-AWI-SMS

K:\AWI\To_Be_Signed\08cv1962.o.vacate dates - status.wpd

comply with the Court's order to file and serve a proposed stipulated judgment or amended motion for summary judgment or summary adjudication together with any stipulated undisputed material facts by December 15, 2010.

**IT IS SO STIPULATED.**

Dated: December 1, 2010    LAW OFFICES OF PAUL L. REIN


/s/ Catherine M. Cabalo
By: Catherine M. Cabalo, Esq.
Attorneys for Plaintiff
ANTONIA LUNA

Dated: December 1, 2010    COOPER & COOPER


/s/ Joseph Cooper
By: Joseph Cooper, Esq.
Attorneys for Defendant BLIATOUT, LLC

Dated: December 1, 2010


/s/ Robert C. Lorbeer
Robert C. Lorbeer, Esq.
Attorney for Defendant
HOA TRUNG VO dba SAVE MORE 98 DISCOUNT STORE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
CONTINUING 12/10/2010 PRE-TRIAL CONFERENCE
CASE NO. 1:08-CV-01962-AWI-SMS

K:\AWI\To_Be_Signed\08cv1962.o.vacate dates - status.wpd

# ORDER

Good cause having been shown, the court grants the parties' stipulation in part. Given the court's November 17, 2010 Order directing the parties file a proposed stipulated judgment or, in the alternative, an amended motion for summary judgment, the December 10, 2010 Pretrial Conference and February 8, 2011 Trail dates are VACATED. The court will conduct a status conference in this action on February 7, 2011 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   December 3, 2010

CHIEF UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
CONTINUING 12/10/2010 PRE-TRIAL CONFERENCE
CASE NO. 1:08-CV-01962-AWI-SMS

K:\AWI\To_Be_Signed\08cv1962.o.vacate dates - status.wpd