1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA McGUINNESS, Esq. (SBN 159420)
2  CATHERINE M. CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA 94612
4  Telephone: 510/832-5001
   Facsimile: 510/832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   ANTONIA LUNA

7  * List of Defendants and their respective counsel listed after the caption.
8

9              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
10

11

12 ANTONIA LUNA,                              CASE NO. 1:08-CV-01962 AWI-SMS
                                              Civil Rights
13         Plaintiff,

14 v.
                                              **STIPULATION AND ORDER
15                                            CONTINUING DEADLINE TO FILE
   HOA TRUNG VO dba SAVE MORE                 STIPULATED JUDGMENT**
16 98 DISCOUNT STORE; BLIATOUT
   LLC; AND DOES 1-10, INCLUSIVE,
17

18         Defendants.

19 _____/

20 JOSEPH COOPER, Esq.
   COOPER & COOPER
21 1080 West Shaw Avenue, Suite 105
   Fresno, CA 93711-3701
22 Telephone: 559/442-1650
   Facsimile: 559/442-1659
23 joe@coopllp.com

24 Attorneys for Defendant
   BLIATOUT, LLC
25

26 ROBERT C. LORBEER, Esq.
   372 Florin Road, #320
27 Sacramento, CA 95831
   Telephone: 916/971-9166
28 Facsimile: 916/283-4412 fax)

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINE TO FILE
STIPULATED JUDGMENT
CASE NO. 1:08-CV-01962-AWI-SMS

K:\AWI\To_Be_Signed\Luna v Vo 08cv1962.o.rbc.Stip to Cont Stip Judgment.wpd

1  Lorbeer-R@Prodigy.net

2  Attorneys for Defendant
3  HOA TRUNG VO dba SAVE MORE 98 DISCOUNT STORE

4

5  **STIPULATION**

6  Plaintiff ANTONIA LUNA and Defendants BLIATOUT LLC and
7  HOA TRUNG VO dba SAVE MORE 98 DISCOUNT STORE hereby jointly
8  stipulate and request through their attorneys of record as follows:

9  On November 17, 2010, the Court issued its Order on Plaintiff's
10 Motion for Summary Judgment and Related Orders (the "Order" – Docket No.
11 46), in which the Court ordered: (1) the parties to meet and confer not later than
12 fourteen (14) days from the date of the Order to discuss the issues addressed in
13 the Order and any issues that may benefit resolution of the case; and (2) Plaintiff
14 to file and serve any proposed stipulated judgment or amended motion for
15 summary judgment or summary adjudication together with any stipulated
16 undisputed material facts not later than twenty-eight (28) days from the date of
17 the Order (by December 15, 2010).

18 On November 30, 2010 counsel for the parties met and conferred
19 telephonically to discuss Defendants stipulating to judgment in this case.  On
20 December 6, 2010, Defendants confirmed that they will agree to a stipulated
21 judgment.

22 On December 7, 2010, counsel for Plaintiff forwarded defense
23 counsel a draft stipulated judgment.  However, counsel for defendant Bliatout
24 LLC has been out of the office all this week and is unable to review the draft
25 stipulated judgment until next week.

26 In the interest of resolving the damages issue in this case and to
27 allow the parties enough time to finalize mutually-acceptable language in a
28 stipulated judgment, the parties hereby agree and stipulate that the deadline for

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINE TO FILE
STIPULATED JUDGMENT
CASE NO. 1:08-CV-01962-AWI-SMS

-2-

K:\AWI\To_Be_Signed\Luna v Vo 08cv1962.o.rbc.Stip to Cont Stip Judgment.wpd

1  Plaintiff to file a stipulated judgment in this case (pursuant to the Court's
2  November 17, 2010 Order) be continued from December 15, 2010 to December
3  31, 2010.

4  **IT IS SO STIPULATED.**

5
6  Dated: December 10, 2010    LAW OFFICES OF PAUL L. REIN
7
8                  /s/ Catherine M. Cabalo
          By: Catherine M. Cabalo, Esq.
9            Attorneys for Plaintiff
          ANTONIA LUNA
10

11  Dated: December 10, 2010    COOPER & COOPER
12
13
14                  /s/ Joseph Cooper
          By: Joseph Cooper, Esq.
          Attorneys for Defendant BLIATOUT, LLC
15

16  Dated: December 10, 2010
17
18                  /s/ Robert C. Lorbeer
         Robert C. Lorbeer, Esq.
19            Attorney for Defendant
          HOA TRUNG VO dba SAVE MORE 98
20            DISCOUNT STORE

21
22
23
24
25
26
27
28

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINE TO FILE
STIPULATED JUDGMENT
CASE NO. 1:08-CV-01962-AWI-SMS    −3−    K:\AWI\To_Be_Signed\Luna v Vo 08cv1962.o.rbc.Stip to Cont Stip Judgment.wpd

## ORDER

Good cause having been shown, the Court grants the parties' stipulation and request to continue the deadline for Plaintiff to file a stipulated judgment in this case to January 4, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   December 13, 2010

CHIEF UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINE TO FILE
STIPULATED JUDGMENT
CASE NO. 1:08-CV-01962-AWI-SMS

−4−

K:\AWI\To_Be_Signed\Luna v Vo 08cv1962.o.rbc.Stip to Cont Stip Judgment.wpd