```
 1  PAUL L. REIN, ESQ. SBN 43053
    CELIA MCGUINNESS, ESQ. SBN 159420
 2  CATHERINE M, CABLO, ESQ. SBN 248198
    LAW OFFICES OF PAUL L. REIN
 3  200 LAKESIDE DRIVE, SUITE A
    OAKLAND, CA 94612
 4  TELEPHONE: (510) 832-5001
    FAX: (510) 832-4787
 5  E-MAIL: reinlawoffice@aol.com

 6  Attorneys for Plaintiff
    ANTONIA LUNA
 7
    * Defendants and their respective counsel are listed after the caption.
 8
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIA LUNA,** | 1:08-CV-01962-AWI-SMS |
| **Plaintiff,** | |
| vs. | **STIPULATED JUDGMENT AND ORDER** |
| **HOA TRUNG VO dba SAVE MORE 98 DISCOUNT STORE; BLIATOUT LLC; AND DOES 1-10 INCLUSIVE** | |
| **Defendants** | |

```
ROBERT C. LORBEER, ESQ. SBN 172072
ATTORNEY AT LAW
372 FLORIN ROAD, #320
SACRAMENTO, CA  95831
TELEPHONE: (916) 971-9166
FAX: (916) 283-4412
EMAIL:  lorbeer-r@prodigy.net

Attorney for Defendant
HOA TRUNG VO DBA SAVE MORE
98 DISCOUNT STORE

JOSEPH COOPER, ESQ. SBN 139993
COOPER & COOPER
1080 WEST SHAW AVENUE, SUITE 105
FRESNO, CA 93711-3701
TELEPHONE: (559) 442-1650
FAX: (559) 442-1659
EMAIL: joe@coopllp.com
```

STIPULATED JUDGMENT AND [PROPOSED] ORDER
1:08-CV-01962-AWI-SMS

K:\AWI\To_Be_Signed\08cv1962.o.rbc.stip Order of Judgment.doc

Attorneys for Defendant
BLIATOUT LLC

This Stipulated Judgment is entered into by and between the Plaintiff ANTONIA LUNA ("Plaintiff"), on the one hand, and Defendants HOA TRUNG VO dba SAVE MORE 98 DISCOUNT STORE and BLIATOUT LLC (together "Defendants"), on the other hand (Plaintiff and Defendants referred to as the "Parties").

## I.  INTRODUCTION

A.  On December 19, 2008, Plaintiff filed a complaint against Defendants in the United States District Court for the Eastern District of California for preliminary and permanent injunctive relief and damages, alleging violations of the following: (1) California Health & Safety Code §§ 19955 *et seq.*, California Civil Code §§ 54.1 *et seq.*; (2) the Unruh Civil Rights Act of California (Cal. Civ. Code § 51 *et seq.*); and (3) the Americans with Disabilities Act of 1990 (42 USC § 12101 *et seq.*) ("the Action").

B.  On August 27, 2009, the Court executed and filed a Consent Decree and Order (Docket No. 24) entered into by the Parties resolving all injunctive relief issues in this Action.  This Consent Decree did not contain any stipulation to or admission of liability for any damages on the part of any Defendant.

C.  On October 8, 2010, following extensive discovery proceedings, settlement negotiations, two settlement conferences, and efforts to "meet and confer" with Defendants, Plaintiff filed a Motion for Summary Judgment (Docket No. 35).

D.  The Court's November 17, 2010 Order on Plaintiff's Motion for Summary Judgment and Related Orders (the "Order" -- Docket No. 46) indicated that the filing of Plaintiff's motion for summary judgment should have been unnecessary, given "the lack of dispute as to the factual basis for Plaintiff's motion

STIPULATED JUDGMENT AND [PROPOSED] ORDER
1:08-CV-01962-AWI-SMS

K:\AWI\To_Be_Signed\08cv1962.o.rbc.stip Order of Judgment.doc

and the lack of contention as to the application of law." Order at 3:19-20. However, the Parties did not reach such an agreement until *after* Plaintiff filed her motion for summary judgment and the Court issued its Order. The Order also suggested that the "natural path to the conclusion of this action is by way of stipulated judgment." Order at 3:20-21.

  E. After further discussion following the entrance of the Court's Order, the Parties have agreed to settle the issue of Plaintiff's statutory damages in this Action by way of this Stipulated Judgment. The parties have also agreed, subject to the approval of the Court, on a procedure and timetable to determine Plaintiff's claims for statutory attorneys' fees, litigation expenses, and costs.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties, through their respective counsel, as follows:**

## II. SETTLEMENT RELIEF

  A. **Injunctive Relief:** As mentioned above, all injunctive relief issues in this Action have been resolved by way of Consent Decree and Order (Docket No. 24).

  B. **Monetary Relief/Damages:** Judgment can be entered in this Action, and the Court is requested to enter Judgment, against Defendants Hoa Trung Vo dba Save More 98 Discount Store and Bliatout LLC in the amount of $8,000 compensatory damages, per § 52 Civil Code. Payment to Plaintiff shall be made within 30 days of entry of judgment by the Court.

  C. **Attorneys' Fees and Expenses:** Attorneys fees, litigation expenses, and costs shall be determined as follows: (1) by negotiation of the Parties within thirty (30) days of the date this Stipulated Judgment is entered; or (2) by motion to

STIPULATED JUDGMENT AND [PROPOSED] ORDER
1:08-CV-01962-AWI-SMS

K:\AWI\To_Be_Signed\08cv1962.o.rbc.stip Order of Judgment.doc

3

the Court to be filed by Plaintiff within sixty (60) days of the termination of the thirty-day negotiation period for attorneys' fees, litigation expenses, and costs.

## III. JURISDICTION

**Continuing Jurisdiction:** The Court shall maintain continuing jurisdiction over this Action until resolution of Plaintiff's claims for attorney fees, litigation expenses, and costs.

## IV. SCOPE AND ENFORCEABILITY OF THE STIPULATED JUDGMENT

**A. Authority to Bind**

The undersigned each represents and warrants that they are authorized to sign on behalf of, and to bind, Plaintiff and Defendants.

**B. Cooperation**

The Parties agree to cooperate and execute any documents or take any action to effectuate this Stipulated Judgment in a timely and expeditious manner. The Parties agree to cooperate in obtaining Court approval of the Stipulated Judgment and complying with the provisions herein in a timely and expeditious manner.

**C. Independent Advice of Counsel**

The Parties represent and declare that in executing the Stipulated Judgment they relied solely upon their own judgment, belief and knowledge, and the advice and recommendations of their own independently selected counsel, concerning the nature, extent and duration of their rights and claims, and that they have not been influenced to any extent whatsoever in executing the same by any representations or statements not expressly contained or referred to in the Stipulated Judgment.

**D. Counterparts**

STIPULATED JUDGMENT AND [PROPOSED] ORDER
1:08-CV-01962-AWI-SMS

K:\AWI\To_Be_Signed\08cv1962.o.rbc.stip Order of Judgment.doc

The Stipulated Judgment may be executed in counterparts. Counterparts may be made by facsimile. When each Party has signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and each counterpart taken together shall constitute one and the same Stipulated Judgment. The Stipulated Judgment shall be deemed duly executed, effective, and binding, upon the signing and delivery of the last counterpart by the Parties hereto.

## SIGNATURES OF THE PARTIES

Dated:  December 27, 2010              _____
                                       Plaintiff Antonia Luna


Dated:  January 3, 2011                _____
                                       Defendant Hoa Trung Vo dba Save More 98 Discount Store


Dated:  December 22, 2010              Defendant Bliatout, LLC


                                       By: _____

                                       Print name:_____

                                       Title/position: _____


STIPULATED JUDGMENT AND [PROPOSED] ORDER
1:08-CV-01962-AWI-SMS

K:\AWI\To_Be_Signed\08cv1962.o.rbc.stip Order of Judgment.doc

5

# **APPROVED AS TO FORM**

Dated:  December 21, 2010           LAW OFFICES OF PAUL L. REIN


                                     /s/ Catherine M. Cabalo
                                    By: CATHERINE M. CABALO, ESQ.
                                    Attorneys for Plaintiff
                                    ANTONIA LUNA


Dated:  December 21, 2010


                                     /s/ Robert C. Lorbeer
                                    ROBERT C. LORBEER, ESQ.
                                    Attorney for DEFENDANT HOA TRUNG
                                    VO DBA SAVE MORE 98 DISCOUNT
                                    STORE


Dated:  December 20, 2010           COOPER & COOPER


                                     /s/ Joseph D. Cooper, Sr.
                                    By: JOSEPH D. COOPER, SR., ESQ.
                                    Attorneys for Defendant
                                    BLIATOUT LLC


STIPULATED JUDGMENT AND [PROPOSED] ORDER
1:08-CV-01962-AWI-SMS

K:\AWI\To_Be_Signed\08cv1962.o.rbc.stip Order of Judgment.doc

## **JUDGMENT AND ORDER**

Judgment in the amount of $8,000 statutory damages shall be entered against Defendants Hoa Trung Vo dba Save More 98 Discount Store and Bliatout, LLC under the terms of the stipulation hereinabove.

IT IS SO ORDERED.

Dated:   January 4, 2011                    _____
                                            CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED JUDGMENT AND [PROPOSED] ORDER
1:08-CV-01962-AWI-SMS

K:\AWI\To_Be_Signed\08cv1962.o.rbc.stip Order of Judgment.doc