**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIA LUNA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOA TRUG VO dba SAVE MORE 98 ) <br> DISCOUNT STORE; BLIATOUT LLC, ) <br> and DOES 1 through 10, Inclusive, ) <br> ) <br> Defendants. ) <br> ) | NO. 1:08-CV-01962 AWI SMS <br><br> ORDER MOVING HEARING ON PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY FEES AND COSTS |

   Plaintiff's Motion for an Award of Attorney Fees, Litigation Expenses and Costs is pending in this action and is set for hearing on Monday, May 2, 2011.  The court has determined that it is necessary to reschedule the hearing on Plaintiff's motion.

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 2, 2011, is vacated, and the hearing on this matter is set for May 9, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   April 28, 2011                                   _____
                                                                          CHIEF UNITED STATES DISTRICT JUDGE