1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANOTINIA LUNA, | ) | NO. 1:08-CV-01962 AWI SMS |
| | ) | |
|        Plaintiff, | ) | ORDER VACATING |
| | ) | MAY 9, 2011 HEARING DATE |
|    v. | ) | AND TAKING MATTER |
| | ) | UNDER SUBMISSION |
| HOA TRUNG VO dba SAVE MORE | ) | |
| 98 DISCOUNT STORE; et al., | ) | |
| | ) | |
|       Defendants. | ) | |

Plaintiff's motion for an award of attorney fees, litigation expenses and costs has been set for hearing in this case on May 9, 2011.   The court has reviewed the papers  and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 9, 2011, is VACATED, and the parties shall not appear at that time.  As of May 9, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 4, 2011                                                    _____

                                                    CHIEF UNITED STATES DISTRICT JUDGE